AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>Jaime Rios<br>YOB: 1987  USC<br><br>*Defendant(s)* | Case No.<br><br>M-21-0737-M |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 04, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 & 846 | Possession and Conspiracy to Possess with Intent to Deliver a Controlled Substance |

This criminal complaint is based on these facts:

See Attachment A

**United States District Court**
**Southern District of Texas**
**FILED**
**APR 07 2021**
**Nathan Ochsner, Clerk**

☑ Continued on the attached sheet.

*Complainant's signature*

SA David L. Roncska, FBI
*Printed name and title*

Approved by Robert Guerra AUSA

Sworn to before me and signed in my presence.

Date: 4/2/21 - 4:25 p.m.

*Judge's signature*

City and state:  McAllen, Texas

Juan F. Alanis, U.S. Magistrate
*Printed name and title*

# ATTACHMENT A

On April 4, 2019, Jaime Rios (hereinafter "RIOS") and other individuals participated in a drug trafficking event. RIOS and others were paid to escort a vehicle loaded with approximately 26 kilograms of cocaine, a scheduled II controlled substance, from a location in Starr County, Texas to a location in Hidalgo County, Texas. RIOS knew prior to the event that the load vehicle would contain a controlled substance.

The investigation revealed that RIOS and other known individuals had agreed with the driver of the load vehicle to provide security for the load vehicle in case the load vehicle was robbed by other unknown individuals as well as to run interference with law enforcement should the load vehicle be targeted for interdiction. The fee RIOS and the others required for this service was $2,500.

Once the parties met up in Starr County, the driver of the load vehicle was in telephonic contact with the escort vehicles. RIOS drove a vehicle in escort of the vehicle loaded with cocaine. After the group departed from the location in Starr County enroute to Hidalgo County, a Department of Public Safety (hereinafter "DPS") Highway Patrolman approached the load vehicle. In response to the Trooper, the driver of the load vehicle utilized a cellular telephone to coordinate with the escort vehicles. RIOS aggressively drove a vehicle between the DPS unit and the load vehicle in an attempt to draw the attention of the Trooper. The Trooper conducted a traffic stop on RIOS' vehicle. While the rest of the escort vehicles proceeded East with the load vehicle.

At the conclusion of the escort, the driver of the load vehicle paid $2,500 to RIOS for illegal drug escort services rendered.